IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| O-R-C-A, *an adult*,<br><br>    Petitioner,<br><br>   v.<br><br>CAMMILLA WAMSLEY, *Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations*; TODD LYONS, *Acting of Immigration Customs Enforcement*; U.S. IMMIGRATON AND CUSTOMS ENFOCEMENT; KRISTI NOEM, *Secretary of the Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; and PAMELA BONDI, *Attorney General of the United States*,<br><br>    Respondents. | Case No. 6:25-cv-02055-MC<br><br>**ORDER** |

MCSHANE, Judge:

    Petitioner O-R-C-A was detained by Respondents in Eugene, Oregon November 4, 2025, and has filed a Petition for Writ of Habeas Corpus. ECF No. 1. During a November 5, 2025 scheduling hearing to set a briefing schedule and TRO hearing date, Respondents confirmed that Petitioner had been transferred to the Tacoma ICE detention facility and remains there. In the same hearing, Petitioner's counsel stated that the ICE detention locator database does not accurately reflect Petitioner's location, thereby preventing them from scheduling a telephonic meeting with their client.

Page 1 — ORDER

Respondents are to confirm that the detention locator database accurately reflects Petitioner's location at the Tacoma ICE detention center. Respondents will also make Petitioner available for a telephonic visit with his counsel *prior* to November 10, 2025, and for enough time to ensure reasonable opportunity to consult in advance of upcoming hearings regarding this Petition. Finally, Petitioner will be made available during business hours—between 8:00 am and 5:00 pm local time—so that his counsel can secure the presence of an interpreter.

**IT IS SO ORDERED.**

DATED this 5th day of November, 2025.

       /s/ Michael McShane
       Michael McShane
       United States District Judge