UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| O-R-C-A, *an adult*, | Case No. 6:25-cv-02055-MC |
| Petitioner, | **TEMPORARY RESTRAINING ORDER** |
| v. | |
| CAMMILLA WAMSLEY, *Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations*; TODD LYONS, *Acting of Immigration Customs Enforcement*; U.S. IMMIGRATON AND CUSTOMS ENFOCEMENT; KRISTI NOEM, *Secretary of the Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; and PAMELA BONDI, *Attorney General of the United States*, | |
| Respondents. | |

MCSHANE, Judge:

On November 25, 2025, this Court held Oral Argument on Petitioner's Petition for Habeas Corpus, ECF No. 1, and Motion for Temporary Restraining Order, ECF No. 9. For the reasons discussed on the record during the hearing, Petitioner's Motion for Temporary

Page 1 — TEMPORARY RESTRAINING ORDER

Restraining Order, ECF No. 9, is GRANTED. Petitioner is to be immediately released, along with any belongings or identification documents, by November 25, 2025, at 12:00pm PT. The Temporary Restraining Order shall remain in effect until December 10, 2025.

Issued on November 25, 2025, at 4:38 p.m.

**IT IS SO ORDERED.**

DATED this 25th day of November, 2025.

_____
Michael McShane
United States District Judge

Page 2 — TEMPORARY RESTRAINING ORDER