IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

O-R-C-A,

    Petitioner,         Case No. 6:25-cv-02055-MC

  v.             ORDER

CAMILLA WAMSLEY; TODD LYONS;
KRISTI NOEM; PAMELA BONDI; U.S.
IMMIGRATION AND CUSTOMS ENFORCEMENT;
U.S. DEPARTMENT OF HOMELAND SECURITY,

    Respondents.
_____

MCSHANE, Judge:

On April 1, 2026, Petitioner O-R-C-A moved this Court for reasonable attorney fees and expenses. ECF No. 16. Respondents support Petitioner's request. ECF No. 17. Based upon the position of the parties, it is ORDERED that attorney fees in the amount of $21,546.95 are hereby awarded to Petitioner, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Payment of this award shall be made by check made payable and mailed to Petitioner's counsel, Catholic Community Services of Lane County, at 1055 Charnelton St., Eugene, Oregon 97401.

IT IS SO ORDERED.

DATED this 20th day of April 2026.

           s/ Michael J. McShane
           Michael J. McShane
           United States District Judge

1– ORDER